UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL PULLARA, § § Plaintiff § § V. § UNITED STATES OF AMERICA, § § Defendant § | CIVIL ACTION NO. 4:12-CV-01786 |

## CERTIFICATE OF INTERESTED PARTIES AND
## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to the Federal Rules of Civil Procedure and applicable Local Rules, **Michael Pullara**, Plaintiff herein, provides the following information:

1. Plaintiff is not a nongovernmental corporate party. The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, he must promptly file a supplemental statement upon any change in the information that this statement requires.

2. There are no persons, associations of person, firms, partnership, corporations, guarantors, insurers, affiliates, parent or subsidiary corporation, or other legal entities that are financially interested in the outcome of this case.

_____
LEONARD S. ROTH, Attorney in Charge
THE LAW OFFICES OF LEONARD S. ROTH, P.C.
Counsel for Petitioner

S.D. Bar No. 16692
4265 San Felipe, Ste 500
Houston, Texas 77027
Telephone: 713/622-4222
Email: taxlsr@aol.com

Date: 6/20/12

-2-

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be electronically mailed to all parties registered with the Court's electronic filing system. Additionally, a copy of same was sent as follows:

| | |
|---|---|
| José Angel Moreno<br>U.S. Attorney for the So. District of Texas<br>P.O. Box 61129<br>Houston, TX 77208 | VIA REGULAR MAIL |
| Hon. Eric H. Holder, Jr.<br>Attorney General of the United States<br>950 Pennsylvania Avenue<br>NW, Washington, DC 20530-0001 | VIA REGULAR MAIL |

on this the 20th day of ___June___, 2012.

_____
LEONARD S. ROTH